UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHERYL GRANT,

    Plaintiff,

v.                                             Case No. 18-cv-1304-pp

NANCY BERRYHILL,
Commissioner of the
Social Security Administration,

    Defendant.

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO. 25), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

On March 21, 2019, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 25. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, the Appeals Council will send the claim to an Administrative Law Judge, who will be instructed to reassess the plaintiff's impairments, reassess the plaintiff's subjective allegations of symptoms, reassess the medial opinion evidence, and reassess the plaintiff's residual functional capacity. The ALJ will offer the plaintiff the opportunity for a new hearing, take further actions to complete the administrative record, and issue a new decision.

Dated in Milwaukee, Wisconsin this 26th day of March, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER
United States District Judge**